*Original*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 NOV -1 A 9:18

Volante Jones #165217
Full name and prison number
of plaintiff(s)

v.

Charles W. Story, Circuit Court Clerk for Chambers County, Suing in his Individual and Official Capacity,

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV1050-T
(To be supplied by Clerk of
U.S. District Court)

Civil Rights Complaint, with a Jury Demand
Jurisdiction
"This is a Civil action under 42 U.S.C. §1983. This Court has Jurisdiction under 28 U.S.C. §1343. Plaintiff also invokes the pendant jurisdiction of this court."

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_
_____ _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____ _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Easterling Corr. Facility, 200 Wallace Drive, Clio, Ala. 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Corr. Facility, by way of mail to Clerks office, no response._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. _Charles W. Storey_   _Circuit Court Clerk, P.O. Box 317, Lafayette, Ala. 36862_
2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or about March, April and May of 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _"See Attached"_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*"See attached"*

GROUND TWO: *"See attached"*

SUPPORTING FACTS:

GROUND THREE: *"See attached"*

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

"See attached"

X *Volante Jones*
Signature of plaintiff(s)
Volante Jones

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-26-05
              (Date)

X *Volante Jones*
Signature of plaintiff(s)
Volante Jones

## Supporting Facts

1. The Plaintiff has requested a copy of his criminal records on several occassions, from the Defendant (Clerk of the Court of Chambers County) without success.

2. The Defendant (Storey) has failed to provide the Plaintiff with a copy of requested records on the following dates: March 9th, 2005, May 1st, 2005, May 22nd, 2005, and July 28th, 2005.

3. The Defendant has denied the Plaintiff access to his criminal records as follows: IN RE: Case No(s) N99000274, Robbery III: warrant on charge, Grand Jury Indictment on charge, Sentencing orders on charge, Case Summary action sheet on charge, Plea agreement on charge and a copy of P.S.I. report on charge;

4. The Plaintiff has informed the Defendant that he is willing to pay for copies of requested documents and Defendant has failed to respond to request.

5. Defendant (Storey) is denying the Plaintiff meaningful access to the Court by failing to provide the Plaintiff with a copy of requested records or a charging fee per document.

6. The Plaintiff has a constitutional right to re-address his Grievances and has been unable to because the Defendant has denied him access to significant documents that will assist the Plaintiff in filing under Postconviction Remedies.

7. The Defendant has violated State Law by failing to provide the Plaintiff with a copy of requested documents or charge a fee for copies under §36-12-40 et.seq, Ala. Code 1975.

8. Plaintiff has a statutory right to requested records under §36-12-41, Ala. Code 1975.

9. The term "Public Writings" includes Judicial records under the Open records act, (Ala.Code 1975, §36-12-40 et seq.).

10. The Plaintiff wants to file under Postconviction Remedy requesting relief from his sentence, which is a legitimate purpose for requesting documents.

11. The Defendant has failed to respond to the Plaintiff's request for copies of his own criminal records.

12. The U.S. S.Ct. has recognized that the Plaintiff has a Common Law right of Public access to Judicial records.

13. Furthermore Prisoners have a Constitutional right of access to the Courts by way of the U.S.C.A. Const. Amend. 14.

14. Plaintiff will suffer a Grievance Loss if his Due Process rights are not upheld and suffer prejudice.

Claims

## First cause of action

**Ground One: Denial of access to the Courts; Equal Protection of Law.**

The actions of Defendant (Charles Story, Clerk of the Circuit Court of Chambers County) stated in Paragraphs 1 through 14 denied the Plaintiff his First and Fourteenth amend. right to access to the courts when:

a.) Defendant failed to respond to Plaintiff's request for access to his criminal records.

b.) Defendant refused to allow the Plaintiff a copy of Judicial records.

## Second cause of action

**Ground Two: Denial of "Public Writings"; Due Process.**

The actions of the Defendant stated in Paragraphs 1 through 14 violated the Plaintiff's Statutory and Due Process right to "Public Writings" and records pertaining to his Criminal records when:

a.) Defendant refused to respond to Plaintiff's request to access to requested records.

## Third cause of action

**Ground Three: Due Process**

The actions of Defendant stated in Paragraphs 1 through 14 violated the Plaintiff's Due Process right to meaningful access to the courts by way of Post Conviction Remedy when:

a.) Defendant failed to respond to Plaintiff's request for a copy of Judicial records that would assist him in re-addressing his Grievances, the Plaintiff's rights are secured and protected under the Fourteenth Amend.

1 of 3

_Fourth Cause of action_

Ground Four: State statute and Common Law right.

The actions of the Defendant stated in Paragraphs 1 through 14, violated state statute and Common Law right of Public access to Judicial records when:

a.) The Defendant refused to Provide the Plaintiff with a copy of his criminal records.

b.) The Defendant failed to Provide the Plaintiff with a fee for payment of Judicial records and Documents requested.

c.) The Defendant Denied the Plaintiff access to Judicial records.

V.I. State Court tell each of what you want the Court to do for you; make no legal argument. Cite no cases or statutes.

## Relief

Wherefore, Plaintiff requests this Honorable Court Grant the following relief:

A. Issue a declaratory judgment that defendants violated State Statute and Common Law right when:

1.) Defendant failed to provide the Plaintiff with a copy of Judicial records upon request.

2.) Defendant failed to respond to Plaintiff and allow him to know the fee for payment of documents and records.

3.) Defendant denied Plaintiff access to his Criminal records; so that he can seek meaningful access to the courts.

B. Issue a Declaratory Judgment that Defendant violated the Plaintiff First Amend. and Due Process (Equal Protection Clause) rights when:

1.) The Defendant failed to provide the Plaintiff with a avenue to be able to receive a copy of requested records and/or documents; either by way of giving him a copy or by charging a fee per document.

5.) The Defendant denied the Plaintiff "Equal Protection of the Law"; Causing the Plaintiff to suffer prejudice because the Defendant refused to provide the Plaintiff with a method, so he could obtain records to be utilized under a Postconviction Remedy.

C. Issue an injunction ordering that Defendant
  1.) Refrain from refusing to provide the Plaintiff with a copy of judicial records.
  2.) Refrain from not responding to the Plaintiff and let him know what the fee for payment of each record or document is.
  3.) Refrain from refusing to respond to the Plaintiff concerning his request for public records.
  4.) Refrain from denying the Plaintiff from a meaningful access to the Courts.
  5.) That the Defendant provide the Plaintiff with a copy of requested records.

D. Issue an injunction ordering that Defendant;
  1.) Provide the Plaintiff with a copy of requested records and Documents.

E. Grant compensatory damages in the following amount:
  1.) $5,000 against defendant Story;

F. Grant punitive damages of $10,000 against defendant Story.

  I Declare under the penalty of perjury that the foregoing is true and correct. Executed on: 10-26-, 2005.

  Signed: Volante Jones
  Volante Jones, Pro Se

Respectfully Submitted:
Signed: Volante Jones
  (Volante Jones)
  Easterling Corr. Facility,
  200 Wallace Drive,
  Clio, Ala. 36017

Signed: Volante Jones
Signature of Plaintiff,

I Declare under the Penalty of Perjury that the foregoing is true and correct. Executed on: 10-26-05
(Date)

Signed Volante Jones
Volante Jones

## Certificate of Service

Indication of notification of Service has not been rendered by the clerk of the U.S. District Court for the Middle District of Alabama to the Respondent in this matter. I am a Pauper(Indigent).

Done this 10th day of October 2005.

In the U.S. District Court for the Middle District of Alabama

Signed: Volante Jones
Volante Jones, Pro se
AIS#: 165217
Easterling Corr. Facility
200 Wallace Drive
Clio, Ala.    36017