ID   YR   NUMBER
(To be completed
by Court Clerk)

RECEIVED

2005 NOV -1 A 9:13

# IN FORMA PAUPERIS DECLARATION

United States District Court, Middle District of Alabama
_____
[Insert appropriate court]

Volante Jones #165517           CA: 2:05CV1050-T
_____
(Petitioner)

vs.

Charles Story, Clerk of Circuit court of Chambers County.
_____
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Volante Jones, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.   N/A

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes _____   No ✓

   b. Rent payments, interest, or dividends?
      Yes _____   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes _____   No ✓

   d. Gifts or inheritances?
      Yes _____   No ✓

   e. Any other sources?
      Yes ✓   No _____

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

I, receive small amounts of funds from home monthly.

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____   No _____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____   No ✓

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __10-27-05__
                (Date)

X _Valente Jones_
   Signature of Petitioner

165217

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.11__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Easterling__ institution:

See attached

__10-27-05__
DATE

_Myra K. Peters Acct Clerk_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32                                     3

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY

AIS #: 165217      NAME: JONES, VOLANTE TAVARIS          AS OF: 10/27/2005
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 4 | $30.39 | $0.00 |
| NOV | 30 | $37.86 | $20.00 |
| DEC | 31 | $23.05 | $10.00 |
| JAN | 31 | $41.11 | $15.00 |
| FEB | 28 | $88.52 | $95.00 |
| MAR | 31 | $38.20 | $50.00 |
| APR | 30 | $45.64 | $25.00 |
| MAY | 31 | $15.85 | $0.00 |
| JUN | 30 | $2.29 | $20.00 |
| JUL | 31 | $2.46 | $20.00 |
| AUG | 31 | $0.75 | $0.00 |
| SEP | 30 | $3.91 | $40.00 |
| OCT | 27 | $10.12 | $0.00 |