In The United States District Court
For The Middle District Of Alabama

Volante Jones, #165217,
    Plaintiff,

v.                                Civil Action No. 3:05-CV-1050-T

Charles W. Story, Circuit
Court Clerk For Chambers County

## Motion For Extension Of Time

Plaintiff Volante Jones, Pursuant to the Federal Rules of Civil Procedure, requests this Court to Grant him a 30 day extension in order to pay for a partial filing fee of $2.67; that is due by Nov. 30th, 05 (Deadline) in above style cause.

For Good Cause Shown the following is Supportive:

1. Plaintiff does not presently have the funds on his prison account to pay for partial filing fee. When the funds do become available he will pay said fee.

I Declare under the Penalty of Perjury that the foregoing is true and correct.

Done this 18 day of 20 05.

Signed: Volante Jones
         Volante Jones, Pro Se