IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| VOLANTE JONES, #165 217 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-1050-T (WO) |
| CHARLES W. STORY, CIRCUIT COURT CLERK FOR CHAMBERS COUNTY | * * |
| Defendant. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 4) is GRANTED; and

2. Plaintiff is GRANTED an extension from November 30, 2005 to December 30 to comply with the court's November 10, 2005 order.

Done this 29th day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE