| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Charlott_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 12-12-05 |
| 1. Article Addressed to:<br><br>Troy King<br>Attorney General's Office<br>Alabama State House<br>11 South Union Street<br>Montgomery, AL 36130-0152 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>3:05CV1050-T<br>c/o<br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 3906 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |