**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kim T. Thomas, General Counsel
Alabama Department of Corrections
Legal Division
50 Ripley Street, 3rd Floor
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laura L Urquhart_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
_Elise L. Urquhart_  12.12.05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3:05CV 1050-T
c & o                     (70)

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0001 0150 3913

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540