Volante Jones
v.
Charles Story

TUESDAY   DECEMBER 27, 2005

3:05CV1050-T

TO: THE OFFICE OF THE DISTRICT COURT.
I VOLANTE JONES-165217 HAVE PAID THE $2.67 PARTIAL FILING FEE FOR CIVIL ACTION NO. 3:05-CV-1050-T IT WAS PAID BY MONEY ORDER TO THE OFFICE OF THE CLERK UNITED STATES DISTRICT COURT THE MONEY ORDER WAS SENT BY DEBORAH CHAMBERS IN C/O ME VOLANTE JONES B/M 165217. I AM NO LONGER AT THE EASTERLING CORRECTIONAL FACILITY I AM AT HOLMAN PRISON IN ATMORE, ALABAMA 36503.

THANK YOU!

VOLANTE JONES-165217  11M7
3700 HOLMAN UNIT
ATMORE, ALABAMA
     36503