EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2006 JAN 30 A 9: 35

VOLANTE JONES, #165217
    PLAINTIFF,

    VS.                      CIVIL ACTION NO. 3:05-CV-1050-T

COURT CLERK FOR CHAMBERS
COUNTY,
      DEFENDANT.

AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE
PURSUANT TO RULE 56(f), FEDERAL RULES OF
CIVIL PROCEDURE

BEFORE ME THE UNDERSIGNED NOTARY PUBLIC, FOR SAID COUNTY
AND STATE OF ALABAMA AT LARGE PERSONALLY APPEARED VOLANTE
JONES # 165 217, WHO IS KNOWN TO ME AND BEING DULY
SWORN, DEPOSE AND SAYS UNDER OATH AS FOLLOWS:

My NAME IS VOLANTE JONES, I AM OVER TWENTY-ONE
YEARS OF AGE. HAVING PERSONAL KNOWLEDGE OF THE FACTS BEFORE
THIS HONORABLE COURT, I AM COMPETENT TO GIVE TESTIMONY IN
ANY COURT IN THE STATE OF ALABAMA AND THE UNITED STATES.

ON THE 2ND DAY OF DECEMBER, 2005, I RECEIVED A COPY
OF THE COURT'S ORDER GIVING DEFENDANT AND PLAINTIFF IN-
STRUCTIONS CONCERNING MY CIVIL COMPLAINT ALLEGING THAT
I NEVER RECEIVE A COPY OF REQUESTED LEGAL MATERIALS THAT
ARE RELEVANT AND MATERIAL TO ME BEING ABLE TO CHALLENGE

-1-

My illegal sentence and conviction, i.e., denial of access to the courts in violation of <u>Bounds v. Smith</u>, 430 US 817, 52 Led 2d 72, 97 SCt 1491 (1977).

Since that time I have been transferred to W.C. Holman Correctional Facility where Warden Grant Culliver has had in place since January, 2005, the Nexus/Lexus computer system. Books are no longer updated and placed in the law library. Segregated prisoners [I'm presently in segregation] have no access whatsoever to this system.

Warden Culliver has established a "cell delivery" system in which untrained persons in the law [clerks] merely pick up and deliver books. They are not allowed to render "legal assistance" and no alternative system has been put in place.

Not having physical access to the law library's computer or the library in general has created a situation where that I do not know what materials are available or what to ask for. I am provided no research assistance or access to lawyers, paralegals or other persons trained in the law.

Presently this situation is being challenged in the Escambia County Circuit Court; <u>Wright, et al., v. Culliver, et al.</u>, CV 05-269.

In addition my legal materials were confiscated upon being transferred. When I received what they said I

-2-

could have there was no copy of my original complaint or the court's orders inside. I inquired as to this problem and did not receive a favorable response.

I am unable to respond to the defendant's "special report" as ordered by the court January 19, 2006 because of the lack of access to legal assistance, etc. As well as the fact that I don't have my original complaint. Most importantly I cannot respond until I am afforded discovery of the "sign in log" for legal mail at Easterling, which will show that I never signed for or received the requested legal materials as alleged.

This material, i.e., "sign in log" is crucial to me proving my claim and establishing that the defendant's actions were based on whimsical dictates that do not afford me access to the court. I am being impeded from challenging this illegal sentence and conviction.

The Alabama Department of Corrections are in the sole possession of this evidence. They will not provide it to me without the court's order.

I attest that the facts stated above are true and correct, swearing under the penalty of perjury.

Sworn to and subscribed before me this the 2e day of January _____, 2006.

_Clem Willing_
NOTARY PUBLIC

7/17/08
MY COMMISSION EXPIRES

_Volante Jones_
VOLANTE JONES

—3—