IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

VOLANTE JONES, #165217
    PLAINTIFF,

VS.                                     CIVIL ACTION NO. 3:05-CV-1050-T

COURT CLERK FOR CHAMBERS
COUNTY,
    DEFENDANT.

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS AND ORDER TO ALABAMA DEPARTMENT
OF CORRECTIONS PURSUANT TO RULE 34, FRCP

PLAINTIFF REQUEST THAT DEFENDANT RESPOND WITHIN THIRTY (30) DAYS AND ORDER TO ALABAMA DEPARTMENT OF CORRECTIONS BE ISSUED FOR THE FOLLOWING REQUEST:

1. THAT DEFENDANT PRODUCE AND PERMIT PLAINTIFF TO INSPECT AND COPY THE FOLLOWING DOCUMENTS:

    A. COPY OF LEGAL MAIL SIGNING LOG FOR EASTERLING PRISON FROM JANUARY, 2005 TO JULY, 2005.

DATED: 1-26-06

                                        _____
                                        VOLANTE JONES

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26 day of JANUARY, 2006, I have served a copy of this Request for Production of Documents and Order upon Defendant's Counsel at: 11 South Union Street, Montgomery, Alabama 36130 and Counsel for Alabama Department of Corrections at: 101 South Union Street, Montgomery, Alabama 36130-1501.

*Volante Jones*

Volante Jones
3700 Holman Unit
#165217    11 M 7
Atmore, Alabama
36503