IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

VOLANTE JONES, #165 217                *

    Plaintiff,                                    *

v.                                                      *          3:05-CV-1050-MHT

CHARLES W. STORY, CIRCUIT      *
COURT CLERK FOR CHAMBERS
COUNTY                                            *

    Defendant.                                 *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Production of Documents wherein he requests a copy of the Easterling Correctional Facility's mail log from January 2005 through June 2005, and for good cause, it is

ORDERED that the motion (Doc. No. 15) is DENIED. The request may be reconsidered if warranted by further developments in this case.

It is further

ORDERED that on or before February 15, 2006 Defendant file a copy of the request he received from Plaintiff and stamped "filed" in his office on June 2, 2005 and a copy of Defendant's notation that he sent Plaintiff a copy of his file in CC 1999-274 while Plaintiff was housed at the Easterling Correctional Facility.

Done this 3rd day of February, 2006.

                                                      /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE