IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

VOLANTE JONES, #165 217             *

    Plaintiff,                              *

    v.                                         *       3:05-CV-1050-MHT

CHARLES W. STORY, CIRCUIT           *
COURT CLERK FOR CHAMBERS
COUNTY                              *

    Defendant.                             *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time to file a response to Defendant's written report. (Doc. No. 14.) Plaintiff seeks an additional ninety (90) days to file his response because he has limited access to the law library and legal materials. (*Id*.)

Plaintiff is advised that in filing his opposition he should simply, but specifically, set forth the facts in support of the claims presented in his complaint. Plaintiff is not required to cite to legal authority or statute in order to support his response. Therefore, while the court shall grant Plaintiff's request for additional time to file his response to Defendant's written report, the response period will only be extended by an additional thirty days.

Accordingly it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 15) is GRANTED in part and

DENIED in part;

    2. Plaintiff's request for an additional ninety (90) days to file his opposition to Defendant's written report is DENIED;

    3. Plaintiff is GRANTED an extension from February 7, 2006 to March 9, 2006 to file his opposition to Defendant's written report;

    4. Plaintiff's Motion for Free Copies (Doc. No. 14) is GRANTED; and

    5. The Clerk of Court is DIRECTED to send to Plaintiff a copy of the docket sheet in this case as well as a copy of Document Numbers 1, 3, 5, 6, and 13.

    Done this 3rd day of February, 2006.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE