IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VOLANTE JONES, AIS 165217 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 3:05-CV-1050-T |
| CHARLES W. STORY, CIRCUIT CLERK FOR CHAMBERS COUNTY | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF COMPLIANCE WITH COURT'S ORDER

COMES NOW the defendant, through undersigned counsel, and herby gives the court notice of their compliance with the Court's February 3, 2006, order requiring the defendant to file a copy of the request he received from plaintiff and stamped "filed" in his office on 6/2/05, and a copy of defendant's notation that he sent plaintiff a copy of his file in CC 1999-274 while plaintiff was housed at the Easterling Correctional Facility. These documents are attached hereto collectively as exhibit A.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 17th day of February, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Volante Jones
AIS 165217
Holman Correctional Facility
3700 Holman
Atmore, AL 36503-3700

                                              s/ Benjamin H. Albritton
                                              Benjamin H. Albritton
                                              Assistant Attorney General