In The Circuit Court of
Chamber County Alabama

Volante Jones, AIS #165217
Petitioner Prose

v.

State Of Alabama,
Respondent

Case No. N99000274

## Motion

Now comes the Petitioner in the above styled cause, Pursuant to Alabama Rules Of Criminal Procedure and the Freedom of Information acts Title §5, U.S.C. Sections 552, 1974.

Petitioner requests this Honorable Court to issue an order to the Clerk of the Circuit Court to send the Petitioner a copy of his Pre-sentence Investigation Reports, Indictment, and the Case Action Summary in the above styled Cause.

The Petitioner feels, that information contained within these documents by the Department of Corrections and the Board Of Pardons and Paroles is being used in a arbitrary and capricious manner to deny the Petitioner Parole and other programs that would be beneficial to him. Petitioner avers that erroneous information contained within these documents are hindering his Placement in Programs.

Therefore Previous Considered Premise Petitioner Prays this Honorable Court will Grant the above motion.
Done this 22'nd day of May, 2005.

Respectfully Submitted:
Signature Volante Jones
Volante Jones, #165217
Easterling Corr. facility
200 Wallace Drive
Clio, Ala, 36017

### Certificate of Service

I hereby certify that I have served a true and correct copy of the foregoing motion upon the clerk of the Circuit Court, by Placing same in the U.S. mail, first class Postage Pre-Paid, and Properly Addressed.
Done this 22nd day of May, 2005.

Signature: Volante Jones
Volante Jones, #165217

EXHIBIT
A
PENGAD-Bayonne N.J.

FILED IN OFFICE THIS

JUN - 2 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

Photo copy
of Inside
CASE File.

My NOTE

92 dayp

Mailed Entire Record
D.A.T CS