IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VOLANTE JONES, AIS # 165217, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES W. STORY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.  3:05cv1050-MHT<br>(WO) |

**ORDER**

On April 11, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 20).  Upon an independent and de novo review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge (Doc. # 20) be and is hereby ADOPTED;

2. That the defendant's motion for summary judgment (Doc. # 17) be and is hereby GRANTED;

3. That judgment be and is hereby entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint; and

4.    That costs be and are hereby TAXED against the plaintiff.

DONE, this the 14th day of May 2007.

                                               /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE