IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VOLANTE JONES, AIS # 165217, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES W. STORY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.  3:05cv1050-MHT<br>(WO) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, with plaintiff taking nothing by his complaint.

DONE, this the 14th day of May 2007.

                                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE