```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000986
Cashier ID: brobinso
Transaction Date: 10/29/2007
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
  For: VOLANTE TAVARIS JONES
  Case/Party: D-ALM-3-05-CV-001050-001
  Amount:         $9.00
------------------------------------
CHECK
  Check/Money Order Num: 22902
  Amt Tendered:   $9.00
------------------------------------
Total Due:       $9.00
Total Tendered:  $9.00
Change Amt:      $0.00
```