DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002465
Cashier ID: brobinso
Transaction Date: 12/28/2007
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: VOLANTE TAVARIS JONES
 Case/Party: D-ALM-3-05-CV-001050-001
 Amount:        $1.00
------------------------------------
CHECK
 Check/Money Order Num: 23019
 Amt Tendered:  $1.00
------------------------------------
Total Due:       $1.00
Total Tendered: $1.00
Change Amt:      $0.00