```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003588
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: VOLANTE TAVARIS JONES
 Case/Party: D-ALM-3-05-CV-001050-001
 Amount:         $2.00
------------------------------------
CHECK
 Check/Money Order Num: 23086
 Amt Tendered:   $2.00
------------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```