```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003929
Cashier ID: cstrecke
Transaction Date: 02/19/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: VOLANTE TAVARIS JONES
 Case/Party: D-ALM-3-05-CV-001050-001
 Amount:        $4.00
-----------------------------------
CHECK
 Remitter: HOLMAN
 Check/Money Order Num: 23148
 Amt Tendered:  $4.00
-----------------------------------
Total Due:       $4.00
Total Tendered:  $4.00
Change Amt:      $0.00
```