```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004416
Cashier ID: khaynes
Transaction Date: 03/24/2008
Payer Name: HOLMAN CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: VOLANTE JONES
 Case/Party: D-ALM-3-05-CV-001050-001
 Amount:         $2.00
----------------------------------------
CHECK
 Check/Money Order Num: 23202
 Amt Tendered: $2.00
----------------------------------------
Total Due:       $2.00
Total Tendered:  $2.00
Change Amt:      $0.00
```