```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005648
Cashier ID: christin
Transaction Date: 06/30/2008
Payer Name: HOLMAN CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
 For: VOLANTE TAVARIS JONES
 Case/Party: D-ALM-3-05-CV-001050-001
 Amount:         $2.00
-------------------------------------
CHECK
 Remitter: HOLMAN FACILITY
 Check/Money Order Num: 23371
 Amt Tendered: $2.00
-------------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```

DALM305CV1050