```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005912
Cashier ID: khaynes
Transaction Date: 07/28/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: VOLANTE JONES
 Case/Party: D-ALM-3-05-CV-001050-001
 Amount:         $2.00
-----------------------------------
CHECK
 Check/Money Order Num: 23431
 Amt Tendered:  $2.00
-----------------------------------
Total Due:      $2.00
Total Tendered: $2.00
Change Amt:     $0.00
```