```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006237
Cashier ID: brobinso
Transaction Date: 08/27/2008
Payer Name: HOLMAN CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
  For: VOLANTE JONES
  Case/Party: D-ALM-3-05-CV-001050-001
  Amount:         $4.00
----------------------------------------
CHECK
  Check/Money Order Num: 23498
  Amt Tendered:   $4.00
----------------------------------------
Total Due:       $4.00
Total Tendered:  $4.00
Change Amt:      $0.00
```